AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anita Brock,<br>*Plaintiff*<br>v.<br>New Ark Investment, Inc., f/k/a Ark Holding Company, Inc.; Covenant Dove, LLC; Alpha Health & Rehab of Greer,<br>*Defendants* | Civil Action No.   6:16-cv-01223-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Anita Brock, shall take nothing of the defendants, New Ark Investment, Inc., Covenant Dove, LLC, and Alpha Health & Rehab of Greer, as to the complaint filed pursuant to 42:12117 and this action is dismissed for lack of prosecution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, accepting the Report and Recommendations set forth by the Honorable Bristow Marchant, United States Magistrate Judge which dismissed the action for lack of prosecution.

Date:   November 22, 2016                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/A. Buckingham
                                                            *Signature of Clerk or Deputy Clerk*